```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06138
   HILDA DIAZ
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
      Debtor
   SSN XXX-XX-2029
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/05/07 and confirmed on 08/06/07.

    2.  The case was dismissed after confirmation, 04/24/2008.

    3.  The Debtor paid a total of $   6750.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 1609.18 | .00 | 1609.18 |
| KANE COUNTY TREASURER | SECURED | 1577.50 | .00 | 324.61 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8874.14 | .00 | 871.31 |
| ROUNDUP FUNDING LLC | UNSECURED | 667.83 | .00 | 65.57 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| NAFS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 586.56 | .00 | 57.59 |
| PINNACLE FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL RE | UNSECURED | NOT FILED | .00 | .00 |
| RENEW AUTO SALES | SECURED VEHIC | 3853.90 | .00 | 2404.48 |
| EASTSIDE FINANCE CO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 51.85 | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7040.58 | .00 | 10180.38 | .00 | 17220.96 |
| PRINCIPAL PAID | 4338.27 | .00 | 994.47 | .00 | 5332.74 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4338.27 | .00 | 994.47 | .00 | 5332.74 |

The Debtor's attorney, THOMAS R HITCHCOCK           , was allowed $   2500.00
and was paid $   1361.50   direct and $   1138.50   through the plan.

The Trustee received $    278.76 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 07/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE